(November 6, 1967)

In the Matter of MARTIN P. CLAYTON, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

In the Matter of MARCUS S. SIEGEL.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.